

**CHRIS DANIEL** <span style="color:red">01-15-00417-CR</span>

HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 3:40:11 PM
CHRISTOPHER A. PRINE
Clerk

April 28, 2015

DAUCIE SCHINDLER
ATTORNEY OF RECORD
1201 FRANKLIN, 13TH FL
HOUSTON, TX 77002

Defendant's Name: TRAVIS M. EDWARDS

Cause No: 1443321

Court: 338TH DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 4/23/15
**Sentence Imposed Date:** 4/23/15
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** DAUCIE SCHINDLER

Sincerely,

S. NORRIS

S. NORRIS
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

L MILLS (DELIVERED VIA E-MAIL)

LAVEARN IVEY

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin P.O. Box 4651 Houston, Texas 77210-4651

THE STATE OF TEXAS
V.
, A/K/A/ Travis M. Edwards

228th District Court / County Criminal Court at Law No. _____

Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On April 23, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

**The undersigned attorney (check appropriate box):**

☒ MOVES to withdraw.

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal.

| | |
|---|---|
| **Date** | **Attorney (Signature)** |
| Travis M. Edwards | |
| **Defendant (Printed name)** | **Attorney (Printed name)** |
| | **State Bar Number** |
| | **Address** |
| | **Telephone Number** |

**FILED**
Chris Daniel
District Clerk

APR 23 2015

Time:_____
Harris County, Texas

By_____
Deputy

**The defendant (check all that apply):**

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

| | |
|---|---|
| **Defendant (Signature)** | Travis Edwards |
| | **Defendant's Printed name** |

SWORN TO AND SUBSCRIBED BEFORE ME ON _____ 042315

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___042315___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time.

☑ **IS** indigent for the purpose of

☑ employing counsel

☑ paying for a clerk's and court reporter's record.

☑ employing counsel or paying for a clerk's and court reporter's record.

The Court **ORDERS** that

☑ Counsel's motion to withdraw is (**GRANTED**) / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**.

☐ Defendant's / appellant's motion is **GRANTED** and

☐ _____(attorney's name & bar card number) is **APPOINTED** to represent defendant / appellant on appeal.

☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant.

**BAIL IS:**

☐ SET at $ ___∅___

☐ TO CONTINUE as presently set.

☒ DENIED and is SET at NO BOND. (Felony Only)

DATE SIGNED: ___042315___

JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO. ____,
HARRIS COUNTY, TEXAS





Cause No. 1353154, 1443321, 1443322, 2084

THE STATE OF TEXAS

v.

Travis M. Edwards
, Defendant

IN THE ____ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. ____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

- [X] is not a plea-bargain case, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]
- [ ] is a plea-bargain case, and the defendant has NO right of appeal. [or]
- [ ] the defendant has waived the right of appeal.

**FILED**
Chris Daniel
District Clerk

APR 23 2015

Harris County, Texas

_____
Deputy

_____
Judge

Date Signed  042315   Time: _____

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

_____
Defendant's Counsel  Ronald G. Ray, Sr.

State Bar of Texas ID number: 116067 00

Mailing Address: P.O. Box 90278 Houston, TX

Telephone number: 832-229-5972

Fax number (if any): 1-281-288-4283

* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

1st

6-22-15

Court **228**

Cause No. **1443321**

The State of Texas
Vs
**EDWARDS, TRAVIS**

4-23-15

**Date Notice Of Appeal:** 042315

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** M CARTER

**Court Reporter** L MILLS

**Court Reporter** LAVEARN IVEY

**Court Reporter** _____

**Attorney on Trial** ALLIE BOOKER

**Attorney on Appeal** _____

Appointed ✓ Hired _____

**Offense** AGG ROB

**Jury Trial** Yes ✓ No _____

**Punishment Assessed** 30 YT

**Companion Cases (If Known)** 1353154 + 1443322

**Amount of Appeal Bond** 0

**Appellant Confined:** Yes ✓ No _____   22/99?

**Date Submitted To Appeal Section** _____

**Deputy Clerk** _____